IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10943
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KENNETH LEE WILLIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-40-ALL-H
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Kenneth Lee Willis challenges his convictions for two counts of possession of a firearm in violation of 18 U.S.C. § 922(g)(1) on the basis that the district court's instruction to the jury was erroneous under United States v. Gaudin, 515 U.S. 506 (1995). This argument is precluded by this court's decision in United States v. Parker, 104 F.3d 72, 72-73 (5th Cir.) (en banc), cert. denied, 520 U.S. 1223 (1997).

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.